UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN ZAVATSKY

        V.        CASE NO. 3:00CV00844(AVC)

MARCIA ANDERSON, RALPH
ARNONE, ANGEL MIRANDA,
BETTE RANDLETTE, TERRI
LOCKAVITCH-MORABITO,
DOROTHEA HAMILTON, THOMAS
BISCH and LINDA MADIGAN

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed a motion to dismiss and the Court, on February 12, 2001, having issued its ruling granting the motion as to the defendants Linda Madigan and Thomas Bisch, and

The remaining defendants having filed a motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 9, 2004, filed its ruling granting the motion in its entirety; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint as to the defendants Linda Madigan and Thomas Bisch; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Marcia Anderson, Ralph Arnone, Angel Miranda, Bette Randlette, Terri Lockavitch-Morabito and Dorothea Hamilton against the plaintiff.

Dated at Hartford, Connecticut, this 16th day of March, 2004.

        KEVIN F. ROWE, Clerk

        By: /s/ JW
            Jo-Ann Walker
            Deputy Clerk

EOD: _____